Albert D. Quan, trading as A. D. Quan & Company, appellee, v. Margaret E. Taylor, appellant. Gen. No. 26,431.

Suit for commissions as real estate broker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed October 4, 1921.

Al. F. Gorman, for appellant. Michael J. Quan, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Augustin Gilmore and Florence Gilmore, defendants in error, v. Loretta Carey and Alma Pedersen, plaintiffs in error. Gen. No. 25,848.

Habeas corpus to determine the right to the custody of a child. Decree in favor of petitioners. Error to the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed October 4, 1921.

Joseph D. Ryan, for plaintiffs in error; Ross C. Hall, of counsel. No appearance for defendants in error.

Mr. Justice Morrill delivered the opinion of the court.

---

E. J. Benning, appellee, v. D. J. Maher, appellant. Gen. No. 26,058.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed. Opinion filed October 4, 1921.

King, Brower & Hurlbut, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Herbert James Oke, appellant, v. John Spivak et al., trading as Spivak, Stein & Citron, appellees. Gen. No. 26,086.

Action against defendants as partners for personal injuries sustained upon premises alleged to be in their ownership and control. Motion to amend denied and verdict instructed for defendants upon it appearing that the premises were owned and controlled by a corporation. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921.

John A. Bloomingston, for appellant; Charles Berger, of counsel. Pritzker & Pritzker, for appellees.

Mr. Justice Morrill delivered the opinion of the court.